IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04442 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.207.33.84, | **ORDER EXTENDING DEADLINE TO EFFECTUATE SERVICE OF PROCESS** |
| Defendant. | |

Plaintiff commenced this action on September 27, 2015. An order dated November 8 granted plaintiff's request to file a third-party subpoena on defendant's Internet provider, Comcast, for the purpose of obtaining defendant's identifying information. Plaintiff received Comcast's response on January 6. Pursuant to Rule 4(m), the deadline to effectuate service of process was January 25.

On January 22, plaintiff sought leave to file under seal an amended complaint, proposed summons, and return of service, which motion was granted on January 26. On January 28, plaintiff moved for an extension to the deadline to effectuate service, noting that it had inadvertently failed to file that motion along with its sealing motion. Plaintiff shall have until **FEBRUARY 8** to effectuate service.

**IT IS SO ORDERED.**



Dated: January 29, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE